IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALED AL HAJ,** | : | CIVIL ACTION NO. 1:25-CV-1476 |
| Petitioner | : | (Judge Neary) |
| v. | : | |
| **WARDEN GREENE,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 8th day of September, 2025, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice for lack of subject matter jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania